**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isidro LANDEROS–BOLANOS,**
**Defendant–Appellant.**

**No. 05–40961**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 2, 2007.

---

5. *See* 20 C.F.R. § 416.1451(b) (1998) (addressing when a transcript of hearing testimony will be prepared).

6. 20 C.F.R. 416.994a(e)(2).

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Gustavo L. Acevedo, Acevedo & Acevedo, Laredo, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Isidro Landeros–Bolanos (Landeros), has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Landeros filed no response to his attorney's motion. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal except that the district court's written judgment fails to reflect the dismissal of count four (bringing an unauthorized alien to the United States for purpose of commercial advantage or private gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii)), which the district court dismissed on the Government's motion at Landeros's sentencing hearing. "[A] simple remand to correct such clerical error is proper." *United States v. Powell,* 354 F.3d 362, 372 (5th Cir.2003); *see also* FED.R.CRIM.P. 36. Accordingly, we DENY counsel's motion for leave to withdraw, but we pretermit further briefing, AFFIRM Landeros's conviction and sentence, and REMAND to the district court with an instruction to correct the judgment to reflect dismissal of count four against Landeros.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.